

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00380-CV

**IN RE E.H.R., JR.,** a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01921
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED November 27, 2019.

_Irene Rios_
Irene Rios, Justice